IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO: 20-cv-02685-MDB

CARLOS BRITO,

    Plaintiff,

v.

CRE HOLDINGS, LLC, LAS AMERICAS
RESTAURANT CORP, and GAS LIGHT INC,

    Defendants.

---

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

---

Plaintiff, CARLOS BRITO, and Defendants, CRE HOLDINGS, LLC, LAS AMERICAS RESTAURANT CORP, and GAS LIGHT INC, ("Defendants"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE that this matter has been settled and to the immediate dismissal of this action with prejudice, with each party to bear its own attorney's fees and costs except as indicated in the settlement agreement.

STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully submitted on February 23, 2023.

| | |
|---|---|
| */s/ Anthony J. Perez* <br> ANTHONY J. PEREZ <br> GARCIA-MENOCAL & PEREZ, P.L. <br> 1600 Broadway <br> Denver, CO 80202 <br> Telephone: (305) 553-3464 <br> Email: ajperez@lawgmp.com <br> *Attorney for Plaintiff* | */s/ Jordan C. May* <br> JORDAN C. MAY <br> FRASCONA, JOINER, GOODMAN & GREENSTEIN <br> 4750 Table Mesa Drive <br> Boulder, CO 80305 <br> Telephone:  303-494-3000 <br> E-Mail: jordan@frascona.com <br> *Attorney for Defendants* |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on February 23, 2023.

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
1600 Broadway
Denver, CO 80202
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail:
dramos@lawgmp.com
bvirues@lawgmp.com


By: ___*/s/  Anthony J. Perez*_____
         ANTHONY J. PEREZ

2